# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

HUGH L. RILEY, et al., )
)
          Plaintiffs, )
)
          v. )      No. 07-4075-CV-C-SOW
)
LARRY CRAWFORD, et al., )
)
          Defendants. )

## ORDER

On November 1, 2007, United States Magistrate Judge William A. Knox recommended that the claims of plaintiffs Hugh Riley, Curtis Stewart, Tony Harris, Antonio Howard, Michael Akins, Bruce Cummings, Larry Jackson and David Skaggs be dismissed for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ. P. 41(b). The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 1, 2007, is adopted. [31] It is further

ORDERED that the claims of plaintiffs Hugh Riley, Curtis Stewart, Tony Harris, Antonio Howard, Michael Akins, Bruce Cummings, Larry Jackson and David Skaggs are

dismissed for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ.

P. 41(b).


                                                   /s/Scott O. Wright_____
                                                   SCOTT O. WRIGHT
                                                   Senior United States District Judge

Dated:  December 17, 2007